No. 00–9612. BAILEY v. CITY OF KALAMAZOO. Ct. App. Mich. Certiorari denied.

No. 00–9613. BLACKWELL v. HOHN, AKA HAUN. C. A. 8th Cir. Certiorari denied.

No. 00–9614. MAHARAJ v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–9625. SANDERS v. TEXAS (two judgments). Ct. Crim. App. Tex. Certiorari denied.

No. 00–9626. SUROVIK v. JOHNSON, DIRECTOR, TEXAS DE-PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9627. LOFTEN v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 00–9631. WHITE v. UTAH ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–9668. SMITH v. SAFFLE, DIRECTOR, OKLAHOMA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 00–9669. ESPOSITO v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 00–9676. JEFFERSON v. SMALLS. C. A. 9th Cir. Certiorari denied.

No. 00–9682. CARTER v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 00–9693. LOFLEY v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9712. HENDERSON v. LOCKYER, ATTORNEY GENERAL OF CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9728. JOHNSON v. ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Sup. Ct. Va. Certiorari denied.